**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA**

Rodney Pearson 31905630

_____

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

Philadelphia Police Daparment
ANDREW MILLER 274709 #1173
Jeffrey DEACON 271244 #4679
SCOTT PasTMAN 23059 # 0565
BriAN Boos 22294 # 8146
ALAN Poindexter 278238 # 2663

_____

_____

_____

_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

RECEIVED

FEB 01 2016

**16    0530**

**COMPLAINT**

under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial:  ☑ Yes   ☐ No
(check one)

**I.      Parties in this complaint:**

A.      List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff        Name  Rodney Pearson
                 ID #  31905630
                 Current Institution   HOC
                 Address  8001 State Road   Phila, PA 19136

B.    List all defendants' names, positions, places of employment, and the address where each defendant
      may be served. Make sure that the defendant(s) listed below are identical to those contained in the
      above caption. Attach additional sheets of paper as necessary.

Defendant No. 1    Name P/O ANDrew MilLER _____ Shield # 27470/1173
                   Where Currently Employed ____ 35 District, Philadelphia Police
                   Address 3500  35 District _____
                   _____

Defendant No. 2    Name P/O ~~DO~~ Jeffrey DEACon Shield # 271244/4679
                   Where Currently Employed ___ 35 District, Philadelphia Police
                   Address _____ 3500 - 35 District _____
                   _____

Defendant No. 3    Name Sgt Scott Pasman _____ Shield # 230591/0565
                   Where Currently Employed ~~Phildelphia~~ Philadelphia Police
                   Address One Franklin Sq, Phila, PA 19106
                   _____

Defendant No. 4    Name Det Brian Boos _____ Shield # 222942/8146
                   Where Currently Employed Philadelphia Police, 7800- Aviation Unit
                   Address One Franklin Sq, Phila, PA 19106
                   _____

Defendant No. 5    Name P/O ALAN PoiNDEXter _____ Shield # 278238/2663
                   Where Currently Employed Philadelphia Police 6600 North West Detective
                   Address One Franklin Sq Philadelphia, PA 19106
                   _____ 3500 35 district _____

## II.   Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the
caption of this complaint is involved in this action, along with the dates and locations of all relevant events.
You may wish to include further details such as the names of other persons involved in the events giving
rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims,
number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    In what institution did the events giving rise to your claim(s) occur? While in
HoC

B.    Where in the institution did the events giving rise to your claim(s) occur? Arrest
Location 200 W Apsley st 10-15-15 9:03 Pm
_____

C.    What date and approximate time did the events giving rise to your claim(s) occur? 10-15-2015
9:03 Pm

| | |
|---|---|
| What happened to you? | D.   Facts: On 10-15-15 Dc#15-35-089886. P/O Deacon and P/O Miller, responed to the expired driver's license #2874267 Expiration Date 5-22-2010 Class C. notified PPA to utilize the City of Philadelphia live stop Program. To live stop the Vehicle the Officers |
| Who did what? | Need the Vehicles Pennsylvania tag number of JTG-1636 as well as the Vehicle Identification number (VIN) The Vehicle was searched completely in Compliance With the live stop program to check for any Contraband and high Valued items. There was No warrent to Search my Vehicle. My Driver License was Not expired. |
| Was anyone else involved? | My ID #is 31905630, Date of birth 5-21-1989 SSN#188-708532, Class C Expiration Date 05-22-2019 Status on 10-16-2015: is Valid. My Car was live stoped. Because P/O's did Not Read my status and Just wanted to take my |
| Who else saw what happened? | 2008 Crown Vic vin# 2FAHP71V48X104866; Plate ID JTG1636. My Car was sold, Cause I was locked up for over 60 days. I lost my Job, My Home, My Car and the Chance to get my kids title ID 70747384 |

## III.   Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.   After running From the Cop's, I gave up and went down to be arrested, the cops Kicked me Punched me grabed me till they felt I was ready to be taking away. I Suffered A cut to my Eye brow, Swollen face minor Cut on my LiP. My Eye was treated at AEMC and was seen By Medical Staff and the released 10-15-2015 10:17PM

## IV.   Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that " [n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."   Administrative remedies are also known as grievance procedures.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes _____ No _____

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____

_____

B.   Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes _____ No _____ Do Not Know _____

C.   Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes _____ No _____ Do Not Know _____

If YES, which claim(s)? _____

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes _____ No _____

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes _____ No _____

E.   If you did file a grievance, about the events described in this complaint, where did you file the grievance?

_____

1.   Which claim(s) in this complaint did you grieve? _____

_____

2.   What was the result, if any? _____

_____

3.   What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _____

_____

_____

_____

_____

F.     If you did not file a grievance:

1.     If there are any reasons why you did not file a grievance, state them here: I didn't file a grievance, Because this happen before I got to Hoc, and the P/o took my car the wrong way for Nothing Not the co's

2.     If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any: I toll A few Officer's, they said to call my Lawyer that don't have Nothing to do with the Jail.

G.     Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. If my Licensee Was Noticed I would Still have my home, my car and my Job. I wouldn't ever been locked up at that time. I lost item's that are Pricless that Was in my car, My Cell Phone is also gone, No report about that was made.

Note:     You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V.     **Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). I Want Money to buy me another Car, My Least Money I had lost due to incarsaration, and money to cover all my Unreplaceable items I had in my car. Earnings I could of made by working at my Job, and money to Optain me another Place to Live due to Wrongful taking of my car for the inconvenience Of my time lost.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**VI.**   **Previous lawsuits:**

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this
      action?

> On
> these
> claims

      Yes _____ No _____

B.    If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If
      there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using
      the same format. )

      1.    Parties to the previous lawsuit:

      Plaintiff _____

      Defendants _____

      2.    Court (if federal court, name the district; if state court, name the county) _____

      3.    Docket or Index number _____

      4.    Name of Judge assigned to your case _____

      5.    Approximate date of filing lawsuit _____

      6.    Is the case still pending?   Yes _____ No _____

            If NO, give the approximate date of disposition _____

*Rev. 10/2009*                          - 6 -

7.    What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

_____

_____

C.    Have you filed other lawsuits in state or federal court?

On
other
claims

Yes _____ No _____

D.    If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1.    Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2.    Court (if federal court, name the district; if state court, name the county) _____

3.    Docket or Index number _____

4.    Name of Judge assigned to your case _____

5.    Approximate date of filing lawsuit _____

6.    Is the case still pending?   Yes _____ No _____

If NO, give the approximate date of disposition _____

7.    What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

_____

_____

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this __9__ day of __Jan_____, 20_16_.

Signature of Plaintiff _____

Inmate Number __1036407_____

Institution Address __HoC, 8001 State Road____

__Phila, PA, 19154_____

_____

_____

Note:    All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this __9__ day of ____Jan_____, 20_16_, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: _____